1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6
   ATTORNEYS FOR DEFENDANT
7  NEW HOLLAND TIRE, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 CONTAINER NAVIGATION              CASE NO. C08-04008
   CORPORATION, a California corporation,
11                                   NOTICE OF REMOVAL
           Plaintiff,
12
       v.
13
   NEW HOLLAND TIRE, INC., a Pennsylvania
14 corporation,

15         Defendant.

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**BY FAX**

17     To the Judges of the United States District Court for the Northern District of California:

18     1.     On June 10, 2008, an action was commenced against defendant in the Superior

19 Court of California, County of Alameda, No. RG 08392002, entitled Container Navigation

20 Corporation, Plaintiff vs. New Holland Tire, Inc., Defendant.

21     2.     On July 23, 2008, service was made on defendant of a summons and complaint,

22 copies of which are annexed to this notice as Exhibits A and B, respectively. The Superior

23 Court's Register of Actions also includes a "Civil Case Cover Sheet," "Notice of Judicial

24 Assignment for all Purposes," and a "Notice of Case Management Conference and Order,"

25 copies of which are annexed to this notice as Exhibits C, D, and E, respectively. No further

26 proceedings have been had in the state court action.

27 ///

28 ///

CASE NO.                          -1-
\SCOGAN\770119.1
082008-17449001                NOTICE OF REMOVAL

3. The above-described action is a civil action of which this court has original jurisdiction under the provisions of Title 28, Section 1332 of the United States Code, and is one that may be removed to this court by defendant, pursuant to Title 28, Section 1441 of the United States Code, in that it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

4. Plaintiff Container Navigation Corporation, at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of California, with its principal place of business in the State of California. Defendant New Holland Tire, Inc., at the time this action was commenced, was and still is a corporation incorporated under the laws of the State of Pennsylvania, with its principal place of business in the State of Pennsylvania, and was not and is not incorporated under the laws of the State of California, wherein this action was brought.

5. Plaintiff's complaint alleges causes of action for breach of contract and common counts, and prays for damages of $141,554.

WHEREFORE, defendant prays that the above action now pending against it in the Superior Court of California, County of Alameda, be removed therefrom to this Court.

DATED: AUGUST 20, 2008

BERLINER COHEN

BY: *Shannon N. Cogan*
SHANNON N. COGAN
ATTORNEYS FOR DEFENDANT
NEW HOLLAND TIRE, INC.
[ADDRESS APPEARS ON CAPTION]

# EXHIBIT A

☑ 004

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
NEW HOLLAND TIRE, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
CONTAINER NAVIGATION CORPORATION, A CALIFORNIA CORPORATION

SUM-100

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA C[OUNTY]

JUN 10 2008

CLERK OF [THE SUPERIOR COURT]
By ——S. Halcrombe——
        Deputy

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
Alameda County
1225 Fallon Street
Oakland, CA 94612

CASE NUMBER: *(Número del Caso):* **RG 08392002**

**BY FAX**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
James J. Kim, SBN 101809          (510) 444-0709
Kim & Associates
2201 Broadway, Suite 803
Oakland, CA 94612

DATE: JUN 10 2008    PAT S. SWEETEN Clerk, by ___S. Halcrombe___, Deputy
*(Fecha)*                        *(Secretario)*                      *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* New Holland Tire, Inc.

   under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

10577629.tif - 6/9/2008 4:40:06 PM

# EXHIBIT A

# EXHIBIT B

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James J. Kim, SBN 101809<br>Kim & Associates<br>2201 Broadway, Suite 803<br>Oakland, CA 94612<br>TELEPHONE NO: (510) 444-0709   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Oakland, CA 94612
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: CONTAINER NAVIGATION CORPORATION, A CALIFORNIA CORPORATION
DEFENDANT: NEW HOLLAND TIRE, INC.

☐ DOES 1 TO _____

**ENDORSED FILED ALAMEDA COUNTY**
JUN 10 2008
CLERK OF THE SUPERIOR COURT
By C. Halcrombe, Deputy

**CONTRACT**
[X] COMPLAINT     ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT     ☐ AMENDED CROSS-COMPLAINT (Number):

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
   Amount demanded  ☐ does not exceed $10,000
                    ☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER: RG08392002

1. Plaintiff* (name or names): Container Navigation Corporation, a California corporation
   alleges causes of action against defendant* (name or names): New Holland Tire, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff (name): Container Navigation Corporation
   (1) [X] a corporation qualified to do business in California
   (2) ☐ an unincorporated entity (describe):
   (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. ☐ has complied with all licensing requirements as a licensed (specify):

   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [X] except defendant (name):                          ☐ except defendant (name):
   New Holland Tire, Inc.
   (1) [X] a business organization, form unknown        (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                                   (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):            (3) ☐ an unincorporated entity (describe):
   (4) ☐ a public entity (describe):                     (4) ☐ a public entity (describe):
   (5) ☐ other (specify):                                (5) ☐ other (specify):

**BY FAX**

*If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.
Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

COMPLAINT—Contract

Legal Solutions Plus

Code of Civil Procedure, § 425.12
Page 1 of 2

10577629.tif - 6/9/2008 4:40:06 PM


EXHIBIT B

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| James J. Kim, SBN 101809<br>Kim & Associates<br>2201 Broadway, Suite 803<br>Oakland, CA 94612<br>TELEPHONE NO: (510) 444-0709  FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Oakland, CA 94612
CITY AND ZIP CODE:
BRANCH NAME:

PLAINTIFF: CONTAINER NAVIGATION CORPORATION, A CALIFORNIA CORPORATION
DEFENDANT: NEW HOLLAND TIRE, INC.

☐ DOES 1 TO _____

**CONTRACT**

[X] COMPLAINT   ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT   ☐ AMENDED CROSS-COMPLAINT (Number):

CASE NUMBER:

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded  ☐ does not exceed $10,000
                   ☐ exceeds $10,000, but does not exceed $25,000
☐ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

1. Plaintiff* (name or names): Container Navigation Corporation, a California corporation

   alleges causes of action against defendant* (name or names): New Holland Tire, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. a. Each plaintiff named above is a competent adult
   [X] except plaintiff (name): Container Navigation Corporation

   (1) [X] a corporation qualified to do business in California
   (2) ☐ an unincorporated entity (describe):
   (3) ☐ other (specify):

   b. ☐ Plaintiff (name):
      a. ☐ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):

      b. ☐ has complied with all licensing requirements as a licensed (specify):

   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   [X] except defendant (name):            ☐ except defendant (name):
   New Holland Tire, Inc.
   (1) [X] a business organization, form unknown     (1) ☐ a business organization, form unknown
   (2) ☐ a corporation                               (2) ☐ a corporation
   (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

   (4) ☐ a public entity (describe):                (4) ☐ a public entity (describe):

   (5) ☐ other (specify):                           (5) ☐ other (specify):

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: Container Navigation Corporation vs New Holland Tire, Inc. | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

5. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

6. ☐ This action is subject to ☐ Civil Code section 1812.10   ☐ Civil Code section 2984.4.
7. This court is the proper court because
   a. [x] a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. [x] the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☐ other *(specify)*:

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   [x] Breach of Contract
   [x] Common Counts
   ☐ Other *(specify)*:

9. ☐ Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $ 141,554
    b. [x] interest on the damages
       (1) [x] according to proof
       (2) ☐ at the rate of *(specify)*:          percent per year from *(date)*:
    c. [x] attorney's fees
       (1) ☐ of: $
       (2) [x] according to proof.
    d. ☐ other *(specify)*:

11. ☐ The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: June 10, 2008

James J. Kim, SBN 101809
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]            **COMPLAINT—Contract**                      Page 2 of 2

PLD-C-001(1)

| SHORT TITLE: Container Navigation Corporation vs New Holland Tire, Inc. | CASE NUMBER: |
|---|---|

## CAUSE OF ACTION—Breach of Contract

<u>First</u>   (number)

ATTACHMENT TO  [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

BC-1. Plaintiff *(name)*: Container Navigation Corporation

alleges that on or about *(date)*: January 23, 2006
a [x] written [ ] oral [ ] other *(specify)*:
agreement was made between *(name parties to agreement)*: Container Navigation Corporation and New Holland Tire, Inc.

[ ] A copy of the agreement is attached as Exhibit A, or
[x] The essential terms of the agreement [ ] are stated in Attachment BC-1 [x] are as follows *(specify)*: Defendant purchased tires from plaintiff with promise to pay for them according to the terms of the invoices.

BC-2. On or about *(dates)*: July 25, 2006
defendant breached the agreement by [ ] the acts specified in Attachment BC-2 [x] the following acts *(specify)*: Defendant failed and refused to pay the balance amount due under the invoices.

BC-3. Plaintiff has performed all obligations to defendant except those obligations plaintiff was prevented or excused from performing.

BC-4. Plaintiff suffered damages legally (proximately) caused by defendant's breach of the agreement
[ ] as stated in Attachment BC-4  [x] as follows *(specify)*: Balance due from defendant is $141,554.21.

BC-5. [x] Plaintiff is entitled to attorney fees by an agreement or a statute
[ ] of $
[x] according to proof.

BC-6. [ ] Other:

Page ___
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Breach of Contract

Legal Solutions Plus

Code of Civil Procedure, § 425.12

PLD-C-001(2)

| SHORT TITLE: Container Navigation Corporation vs New Holland Tire, Inc. | CASE NUMBER: |
|---|---|

SECOND _____ CAUSE OF ACTION—Common Counts
(number)

ATTACHMENT TO  [x] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

CC-1. Plaintiff *(name):* Container Navigation Corporation

alleges that defendant *(name):* New Holland Tire, Inc

became indebted to [x] plaintiff [ ] other *(name):*

a. [x] within the last four years
   (1) [x] on an open book account for money due.
   (2) [x] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [x] within the last [ ] two years [x] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (3) [x] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $
       [ ] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [ ] other *(specify):*

CC-2. $ 141,554 _____ , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [x] according to proof [ ] at the rate of _____ percent per year from *(date):* July 23, 2006

CC-3. [x] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $
   [x] according to proof.

CC-4. [ ] Other:

Page _____
Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-C-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—Common Counts**

Legal Solutions Plus

Code of Civil Procedure, § 425.12

# EXHIBIT C

06/09/08 16:39 FAX 510 4__ __291        B, L-P & Y

*6685068*

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR |
|---|---|
| James J. Kim, SBN 101809<br>Kim & Associates<br>2201 Broadway, Suite 803<br>Oakland, CA 94612 | **FILED<br>ALAMEDA COUNTY<br>JUN 1 0 2008<br>CLERK OF THE SUPERIOR COURT**|
| TELEPHONE NO.: (510)444-0709   FAX NO.: | |
| ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda<br>STREET ADDRESS: 1225 Fallon Street<br>MAILING ADDRESS: Oakland, CA 94612<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| CASE NAME: Container Navigation Corporation vs<br>New Holland Tire, Inc | CASE NUMBER: 08392002 |

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| [x] Unlimited   [ ] Limited<br>(Amount        (Amount<br>demanded     demanded is<br>exceeds $25,000) $25,000 or less) | [ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

   **Auto Tort**
   [ ] Auto (22)
   [ ] Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   [ ] Asbestos (04)
   [ ] Product liability (24)
   [ ] Medical malpractice (45)
   [ ] Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   [ ] Business tort/unfair business practice (07)
   [ ] Civil rights (08)
   [ ] Defamation (13)
   [ ] Fraud (16)
   [ ] Intellectual property (19)
   [ ] Professional negligence (25)
   [ ] Other non-PI/PD/WD tort (35)

   **Employment**
   [ ] Wrongful termination (36)
   [ ] Other employment (15)

   **Contract**
   [x] Breach of contract/warranty (06)
   [ ] Rule 3.740 collections (09)
   [ ] Other collections (09)
   [ ] Insurance coverage (18)
   [ ] Other contract (37)

   **Real Property**
   [ ] Eminent domain/inverse condemnation (14)
   [ ] Wrongful eviction (33)
   [ ] Other real property (26)

   **Unlawful Detainer**
   [ ] Commercial (31)
   [ ] Residential (32)
   [ ] Drugs (38)

   **Judicial Review**
   [ ] Asset forfeiture (05)
   [ ] Petition re: arbitration award (11)
   [ ] Writ of mandate (02)
   [ ] Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
   [ ] Antitrust/Trade regulation (03)
   [ ] Construction defect (10)
   [ ] Mass tort (40)
   [ ] Securities litigation (28)
   [ ] Environmental/Toxic tort (30)
   [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   [ ] Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   [ ] RICO (27)
   [ ] Other complaint (not specified above) (42)

   **Miscellaneous Civil Petition**
   [ ] Partnership and corporate governance (21)
   [ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary b. [ ] nonmonetary; declaratory or injunctive relief c. [ ] punitive

4. Number of causes of action (specify): three

5. This case [ ] is [x] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: June 10, 2008

James J. Kim, SBN 101809
(TYPE OR PRINT NAME)                            ▶ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Legal Solutions Plus

Cal. Rules of Court, rules: 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

BY FAX

**EXHIBIT C**


10577629.tif - 6/9/2008 4:40:06 PM

# EXHIBIT D

## Superior Court of California, County of Alameda



## Notice of Judicial Assignment for All Purposes

Case Number: RG08392002
Case Title:    Container Navigation Corp VS New Holland Tire Inc.
Date of Filing: 06/10/2008

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This case is hereby assigned for all purposes to:

| | |
|---|---|
| Judge: | Lawrence John Appel |
| Department: | 16 |
| Address: | Administration Building<br>1221 Oak Street<br>Oakland CA 94612 |
| Phone Number: | (510) 267-6932 |
| Fax Number: | (510) 267-1504 |
| Email Address: | |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note:** In this case, any challenge pursuant to Code of Civil Procedure §170.6 must be exercised within the time period provided by law. (See Govt. Code 68616(i); Motion Picture and Television Fund Hosp. v. Superior Court (2001) 88 Cal.App.4th 488, 494; and Code Civ. Proc. §1013.)

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

### General Procedures

All pleadings and other documents must be filed in the clerk's office at any court location except when the Court permits the lodging of material directly in the assigned department. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Lawrence John Appel
DEPARTMENT 16

EXHIBIT D

Counsel are expected to know and comply with the Local Rules of this Court, which are available on the Court's website at: http://www.alameda.courts.ca.gov/courts/rules/index.shtml and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

The parties are always encouraged to consider using various alternatives to litigation, including mediation and arbitration, prior to the Initial Case Management Conference. The Court may refer parties to alternative dispute resolution resources.

### Schedule for Department 16

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Tuesdays through Thursdays from 9:45 a.m. to 4:30 p.m.
- Case Management Conferences are held: Initial Case Management Conferences: Tuesdays through Fridays at 9:00 a.m.
- Case Management Conference Continuances: Tuesdays through Thursdays at 9:30 a.m.
- Law and Motion matters are heard: Mondays at 9:00 a.m. and 3:00 p.m.
- Settlement Conferences are heard: Fridays at 10:00 a.m.
- Ex Parte matters are heard: Tuesdays and Fridays at 9:00 a.m.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Phone:      (510) 267-6932

    Fax (510) 272-6171

- Ex Parte Matters
    Phone:      (510) 267-6932

    Fax (510) 272-6171

### Tentative Rulings

The court will issue tentative rulings in accordance with the Local Rules. Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website: www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 16
- Phone: 1-866-223-2244

Dated: 06/11/2008                           Executive Officer / Clerk of the Superior Court

                                      By    _____digital_____
                                                    Deputy Clerk


### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/12/2008

                                      By    _____digital_____
                                                    Deputy Clerk

# EXHIBIT E

Kim, James J.
2201 Broadway, Suite 803
Oakland, CA 94612

## Superior Court of California, County of Alameda

| Container Navigation Corp | No. RG08392002 |
| Plaintiff/Petitioner(s) vs. | NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER |
| New Holland Tire Inc. | Unlimited Jurisdiction |
| Defendant/Respondent(s) (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 10/23/2008 Time: 09:00 AM | Department: 16 Location: Administration Building Third Floor 1221 Oak Street, Oakland CA 94612 Internet: http://www.alameda.courts.ca.gov | Judge: Lawrence John Appel Clerk: Ana Liza Tumonong Clerk telephone: (510) 267-6932 E-mail: Fax: (510) 267-1504 |

### ORDERS

1. You must:
   a. **Serve all named defendants and file proofs of service** on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
   b. **Give notice** of this conference to any party not included in this notice and file proof of service;
   c. **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
   d. **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725)

2. If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

4. The Direct Calendar Judge will issue orders at the conclusion of the conference that should include:
   a. Referring to ADR and setting an ADR completion date
   b. Dismissing or severing claims or parties
   c. Setting a trial date.

*Telephonic appearances at Case Management Conferences may be available by contacting CourtCall, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1-888-882-6878, or faxing a service request to 1-888-882-2946. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 06/12/2008.

By _____digital_____
Deputy Clerk



EXHIBIT E