1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6
   ATTORNEYS FOR DEFENDANT
7  NEW HOLLAND TIRE, INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         OAKLAND DIVISION

| | |
|---|---|
| CONTAINER NAVIGATION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW HOLLAND TIRE, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C08-04008 CW<br><br>STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING BY DEFENDANT NEW HOLLAND TIRE, INC.<br><br>Judge:   Hon. Claudia Wilken |

WHEREAS, Defendant New Holland Tire, Inc. ("New Holland Tire") removed this action from California Superior Court, County of Alameda, by filing a Notice of Removal with this court on August 21, 2008;

WHEREAS, New Holland Tire and Plaintiff Container Navigation Corporation wish to undertake discussions designed to clarify issues of venue and jurisdiction in this action;

IT IS HEREBY STIPULATED by and between New Holland Tire and Container Navigation Corporation through their counsel of record and pursuant to Civil Local Rule 6-1(a)

///

///

///

CASE NO. C08-04008 CW                    -1-
STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING BY DEFENDANT

1  that the time within which New Holland Tire may answer or otherwise respond to the complaint
2  shall be extended up to and including September 11, 2008.
3      IT IS SO STIPULATED.

6  DATED: AUGUST 25, 2008          BERLINER COHEN

8                                  BY: *Shannon N. Cogan*
                                   SHANNON N. COGAN
9                                  ATTORNEYS FOR DEFENDANT
                                   NEW HOLLAND TIRE, INC.

11 DATED: AUGUST 26, 2008          KIM & ASSOCIATES

13                                 BY: *James J. Kim*
                                   JAMES J. KIM
14                                 ATTORNEYS FOR PLAINTIFF
                                   CONTAINER NAVIGATION CORPORATION