1  RALPH J. SWANSON, CA STATE BAR NO. 67751
   SHANNON N. COGAN, CA STATE BAR NO. 214976
2  BERLINER COHEN
   TEN ALMADEN BOULEVARD
3  ELEVENTH FLOOR
   SAN JOSE, CALIFORNIA 95113-2233
4  TELEPHONE: (408) 286-5800
   FACSIMILE: (408) 998-5388
5  ralph.swanson@berliner.com
   shannon.cogan@berliner.com
6
   ATTORNEYS FOR DEFENDANT
7  NEW HOLLAND TIRE, INC.

8                     UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                           OAKLAND DIVISION

| | |
|---|---|
| CONTAINER NAVIGATION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW HOLLAND TIRE, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C08-04008 CW<br><br>STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:         November 24, 2008<br>Time:         2:00 PM<br>Courtroom:  2<br>Judge:         Claudia Wilken |

This stipulation is entered into by and between all parties to this case, through their attorneys, with reference to the following facts:

1.     A Case Management Conference is scheduled in this case for November 25, 2008 in Department 2 at 2:00 p.m; and

2.     Plaintiff Container Navigation Corporation and Defendant New Holland Tire, Inc. have entered into a Stipulation agreeing to extend the time for Defendant to file a responsive pleading to the Complaint to December 4, 2008. Due to such extension of time, the case is currently not at-issue.

Based on the foregoing, the parties hereby stipulate to a continuance of the Case Management Conference from November 25, 2008 to December 23, 2008.

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Container Navigation Corporation and Defendant New Holland Tire, Inc., by and through their respective attorneys of record, that the Case Management Conference in the above-referenced matter shall be continued from November 24, 2008 to January 24, 2008 at 2:00 p.m.

BERLINER COHEN

By: _____/s/_____
    Shannon N. Cogan
    Attorneys for Defendant New
    Holland Tire, Inc.

KIM & ASSOCIATES

By: _____/s/_____
    James J. Kim
    Attorneys for Plaintiff
    Container Navigation Corp.

## **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based upon the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned case be continued from November 25, 2008 at 2:00 p.m. to December 23, 2008 at 2:00 p.m.

DATED: ____11/25____, 2008

BY: _____
CLAUDIA WILKEN
JUDGE OF THE NORTHERN DISTRICT
COURT OF CALIFORNIA