1   RALPH J. SWANSON, CA STATE BAR NO. 67751
    SHANNON N. COGAN, CA STATE BAR NO. 214976
2   BERLINER COHEN
    TEN ALMADEN BOULEVARD
3   ELEVENTH FLOOR
    SAN JOSE, CALIFORNIA 95113-2233
4   TELEPHONE: (408) 286-5800
    FACSIMILE: (408) 998-5388
5   ralph.swanson@berliner.com
    shannon.cogan@berliner.com
6
    ATTORNEYS FOR DEFENDANT
7   NEW HOLLAND TIRE, INC.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11  | CONTAINER NAVIGATION | CASE NO.  C08-04008 CW |
    | CORPORATION, a California corporation, | |
12  | | STIPULATION AND ORDER TO |
    | Plaintiff, | CONTINUE CASE MANAGEMENT |
13  | | CONFERENCE |
    | v. | |
14  | | Date:          December 23, 2008 |
    | NEW HOLLAND TIRE, INC., a Pennsylvania | Time:          2:00 PM |
15  | corporation, | Courtroom:  2 |
    | | Judge:        Claudia Wilken |
16  | Defendant. | |

17

18          This stipulation is entered into by and between all parties to this case, through their

19  attorneys, with reference to the following facts:

20          1.      A Case Management Conference is scheduled in this case for December 23, 2008

21  in Department 2 at 2:00 p.m; and

22          2.      Plaintiff Container Navigation Corporation and Defendant New Holland Tire, Inc.

23  have agreed to extend the time for Defendant to file a responsive pleading to the Complaint to

24  February 12, 2009, as they pursue settlement discussions.  Due to such extension of time, the

25  case is currently not at-issue.

26          Based on the foregoing, the parties request that the Court continue the Case Management

27  Conference from December 23, 2008 to February 24, 2009.

28

1   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Container

2   Navigation Corporation and Defendant New Holland Tire, Inc., by and through their respective

3   attorneys of record, that the Case Management Conference in the above-referenced matter shall

4   be continued from December 23, 2008 to February 24, 2009 at 2:00 p.m.

5

6   BERLINER COHEN

7

8   By:   _____/s/_____
                 Shannon N. Cogan
9                Attorneys for Defendant New
                 Holland Tire, Inc.
10

11  KIM & ASSOCIATES

12

13  By:   _____/s/_____
                 James J. Kim
14               Attorneys for Plaintiff
                 Container Navigation Corp.
15

16  ## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

17      Based upon the foregoing stipulation, and good cause appearing, IT IS HEREBY

18  ORDERED that the Case Management Conference in the above-captioned case be continued

19  from December 23, 2008 at 2:00 p.m. to February 24, 2009 at 2:00 p.m.

20                      12/22

21  DATED: _____, 2008

22

23                                      BY: _____

24                                          CLAUDIA WILKEN
                                            JUDGE OF THE NORTHERN DISTRICT
25                                          COURT OF CALIFORNIA

26

27

28

CASE NO.  C08-04008 CW
                                        -2-
STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

\SCOGAN\778951.2
122208-17449001