RALPH J. SWANSON, CA STATE BAR NO. 67751
SHANNON N. COGAN, CA STATE BAR NO. 214976
BERLINER COHEN
TEN ALMADEN BOULEVARD
ELEVENTH FLOOR
SAN JOSE, CALIFORNIA 95113-2233
TELEPHONE: (408) 286-5800
FACSIMILE: (408) 998-5388
ralph.swanson@berliner.com
shannon.cogan@berliner.com

ATTORNEYS FOR DEFENDANT
NEW HOLLAND TIRE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CONTAINER NAVIGATION CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NEW HOLLAND TIRE, INC., a Pennsylvania corporation,<br><br>Defendant. | CASE NO. C08-04008 CW<br><br>STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Judge:   Hon. Claudia Wilken |
|---|---|

This stipulation is entered into by and between all parties to this case, through their attorneys, with reference to the following facts:

1. A Case Management Conference is scheduled in this case for February 24, 2009, in Department 2 at 2:00 p.m;

2. Plaintiff Container Navigation Corporation and Defendant New Holland Tire, Inc. have agreed to extend the time for Defendant to file a responsive pleading to the Complaint as they discuss venue and settlement. Due to such extension of time, the case is currently not at-issue.

///

///

///

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Container Navigation Corporation and Defendant New Holland Tire, Inc. that the Case Management Conference in the above-referenced matter shall be continued from February 24, 2009 at 2:00 p.m. to March 24, 2009 at 2:00 p.m.

Based on the foregoing, the parties request that the Court continue the Case Management Conference from February 24, 2009, to March 24, 2009.

IT IS SO STIPULATED.

DATED:  FEBRUARY 20, 2009          BERLINER COHEN

BY:  /s/
SHANNON N. COGAN
ATTORNEYS FOR DEFENDANT
NEW HOLLAND TIRE, INC.

DATED:  FEBRUARY 20, 2009          KIM & ASSOCIATES

BY:  /s/
JAMES J. KIM
ATTORNEYS FOR PLAINTIFF
CONTAINER NAVIGATION CORPORATION

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED that the Case Management Conference in the above-captioned case be continued from February 24, 2009 at 2:00 p.m. to March 24, 2009 at 2:00 p.m.

DATED:  2/23            , 2009

BY:  
CLAUDIA WILKEN
JUDGE OF THE NORTHERN DISTRICT
COURT OF CALIFORNIA